# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 10, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130641(55)(57)

EULA WASHINGTON, as Personal
Representative of the Estate of Lisa B.
Griffin,
      Plaintiff-Appellee,

v

SINAI HOSPITAL OF GREATER
DETROIT, d/b/a SINAI-GRACE
HOSPITAL, DETROIT MEDICAL
CENTER, DR. KUNTA, THOMAS
PISKOROWSKI, D.O., and
DR. AL-SAYAD,
      Defendants-Appellants.
_____

SC: 130641
COA: 253777
Wayne CC: 03-330934-NM

On order of the Chief Justice, motions by Masood Ahmad et al and by American Physicians Assurance Corporation for leave to file briefs *amicus curiae* in this case are considered and they are GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 10, 2006

_____
Clerk